| AO 10<br>Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2006** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Dyk, Timothy B | 2. Court or Organization<br><br>Federal Circuit | 3. Date of Report<br><br>05/14/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b.   ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>717 Madison Place, N.W.<br>Washington, D. C. 20439 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   President | Giles Rich Inn of Court |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 MAY 15 P 2: 02 FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dyk, Timothy B | 05/14/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | State of Nebraska (Royalty) | $ 1,726.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Smith College (Coordinating Washington Internship Program) |
| 2. 2006 | University of Michigan (Teaching) |
| 3. 2006 | University of Maryland (Honorarium) ($500.00) |
| 4. 2006 | Casals & Associates (Honorarium)( $500.00) |
| 5. 2006 | George Mason University (Teaching) |
| 6. 2006 | Johns Hopkins University (Teaching) |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | William & Mary Law School | Spong Moot Court Tournament - Feb 18, 2006 - Williamsburg, VA (Transportation, Lodging & Meals) |
| 2. | American Intellectual Property Law Association (AIPLA) | Annual Dinner - October 20, 2006 - Washington, D.C. (Meal) |
| 3. | Federal Circuit Bar Association (FCBA) | Annual Dinner - November 17, 2006 - Washington, D.C. (Meal) |
| 4. | Federalist Society | Panel Discussion & Lunch - November 18, 2006 - Washington, D.C. (Meal) |

| Name of Person Reporting | Date of Report |
|---|---|
| Dyk, Timothy B | 05/14/2007 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| Dyk, Timothy B | 05/14/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dyk, Timothy B | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. LOT - TRURRO, MA (Parcel 1) ($320,000) | | None | N | S | | | | | |
| 2. BALDWIN WHITEHALL PA. SCH. DIST. CMED. | C | Interest | K | T | | | | | |
| 3. BALT. MD CTFS PARTN SER B AMBAC | B | Interest | L | T | | | | | |
| 4. CHIC.ILL G/O ST.UNIV. REV | B | Interest | L | T | | | | | |
| 5. COHOES NY G/O SCH. DIST. | B | Interest | L | T | | | | | |
| 6. FAIRFAX CNTY VA G/O | B | Interest | L | T | | | | | |
| 7. FARMINGTON MICH CMNTY LIB | B | Interest | L | T | | | | | |
| 8. JEFFERSON CTY ALA BRD.ED.SCH. | B | Interest | L | T | | | | | |
| 9. SAGIMAW CNTY MICH COMP. | B | Interest | L | T | | | | | |
| 10. HIGH POINT NC G/O | A | Interest | K | T | | | | | |
| 11. UTAH HSG CORP SINGLE FAM | B | Interest | K | T | | | | | |
| 12. ORLANDO FL CAP | A | Interest | K | T | | | | | |
| 13. PHOENIX AZ G/O | A | Interest | K | T | | | | | |
| 14. WACHOVIA SEC. MM | A | Interest | J | T | | | | | |
| 15. ANHEUSER BUSCH (Common Stock) | B | Dividend | | | Sold | 05/22 | L | D | |
| 16. U.S. TREAS. NOTE 11/15/08 | E | Interest | O | T | | | | | |
| 17. BANK OF AMERICA (Common Stock) | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | T =Cash Market | | |
| | U =Book Value | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dyk, Timothy B | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CHEVRON (Common Stock) | B | Dividend | L | T | Buy | 02/03 | L | | |
| 19. DOMINION RESOURCES INC (Common Stock) | B | Dividend | L | T | Buy | 04/26 | L | | |
| 20. VANGUARD INTER-TERM TAX EX FUND INV | E | Interest | O | T | | | | | |
| 21. VANGUARD MONEY MARKET | D | Interest | M | T | | | | | |
| 22. VANGUARD LTD - TERM TAX EX INV | D | Interest | O | T | Buy | 05/22 | N | | |
| 23. SOUTHWEST AIRLINES (Common Stock) | A | Dividend | K | T | | | | | |
| 24. U.S.TREAS. BILL 12/14/06 | | | | | Buy | 09/13 | K | | |
| 25. U.S. TREAS. BILL 12/14/06 | | | | | Redeem | 12/14 | K | A | |
| 26. EVERGREEN US GOVT SEC. (Money Market) | A | Dividend | K | T | | | | | |
| 27. WACHOVIA SECURITIES IRA | F | Dividend | P1 | T | | | | | |
| 28. - GLOBAL SANTE FE CORP (Common Stock) | | | | | Sold | 02/07 | M | E | |
| 29. - JAPAN FUND | | | | | | | | | |
| 30. - KAISER ALUMINUM & CHEM. SR NOTES | | | | | Part Redeem | 08/01 | K | | |
| 31. - KAISER ALUMINUM & CHEM. SR NOTES | | | | | Exchange | 10/13 | J | | |
| 32. - KAISER ALUMINUM CORP (Comm Stock) | | | | | Exchange | 10/13 | J | | |
| 33. - WILLIAMS COM GR INC. NOTES | | | | | | | | | |
| 34. - HMH PROPERTIES SR. SEC NOTES | | | | | Redeem | 05/15 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dyk, Timothy B | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - U.S. TREAS. BILL 05/25/06 | | | | | Part Sold | 01/19 | K | A | |
| 36. - U.S. TREAS. BILL 05/25/06 | | | | | Redeem | 05/25 | O | E | |
| 37. - U.S. TREAS. NOTES 11/30/07 | | | | | | | | | |
| 38. - U.S. TREAS. NOTES 05/15/08 | | | | | Buy | 05/24 | O | | |
| 39. - U.S. TREAS. BILL 08/24/06 | | | | | Buy | 05/25 | M | | |
| 40. - U.S. TREAS. BILL 08/24/06 | | | | | Part Sold | 07/19 | L | A | |
| 41. - U.S. TREAS. BILL 08/24/06 | | | | | Redeem | 08/24 | K | A | |
| 42. - U.S. TREAS. BILL 12/14/06 | | | | | Buy | 09/14 | M | | |
| 43. - U.S. TREAS. BILL 05/24/06 | | | | | Redeem | 12/14 | M | B | |
| 44. - U.S. TREAS. BILL 05/24/07 | | | | | Buy | 12/13 | M | | |
| 45. - MANAGED HIGH INCOME PORTFOLIO INC | | | | | Sold | 09/11 | L | | |
| 46. - RYDEX INVERSE GOVT BD FUND (FORMERLY JUNO) | | | | | | | | | |
| 47. - I SHARES MSCI JAPAN | | | | | Buy | 07/19 | M | | |
| 48. - I SHARES MSCI MALAYSIA | | | | | | | | | |
| 49. - I SHARES MSCI SINGAPORE | | | | | | | | | |
| 50. - I SHARES MSCI S. KOREA | | | | | Buy | 01/19 | L | | |
| 51. - FIDELITY JAPAN SMALL CO. FUND | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dyk, Timothy B | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - EVERGREEN US GOVT & SEC (Money Market) | | | | | | | | | |
| 53. VANGUARD IRA #1 | E | Dividend | O | T | | | | | |
| 54. - EASTMAN CHEMICAL CO. (Common Stock) | | | | | Sold | 10/27 | M | E | |
| 55. - DUPONT E.I. (Common Stock) | | | | | Sold | 02/03 | L | B | |
| 56. - VANGUARD EUROPEAN STOCK INDEX FUND | | | | | Sold | 04/07 | M | D | |
| 57. - DODGE & COX INT. FUND | | | | | | | | | |
| 58. FIDELITY JAPAN SM CO FUND | | | | | Part Buy | 01/19 | L | | |
| 59. FIDELITY JAPAN SM CO FUND | | | | | Part Buy | 03/10 | L | | |
| 60. I SHARES CANADA | | | | | Buy | 01/24 | L | | |
| 61. I SHARES CANADA | | | | | Sold | 03/23 | L | A | |
| 62. - CHEVRON (Common Stock) | | | | | Buy | 02/03 | L | | |
| 63. - CHEVRON (Common Stock) | | | | | Sold | 08/14 | L | D | |
| 64. - I SHARES JAPAN | | | | | Buy | 05/22 | L | | |
| 65. - JAPAN FUND | | | | | Buy | 06/16 | L | | |
| 66. - RYDEX INVERSE GOVT BD | | | | | Buy | 05/23 | M | | |
| 67. - RYDEX INVERSE GOVT BD | | | | | Sold | 07/21 | L | | |
| 68. - DOW CHEMICAL (Common Stock) | | | | | Buy | 07/28 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dyk, Timothy B | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - DOW CHEMICAL (Common Stock) | | | | | Sold | 10/24 | M | E | |
| 70. - HUSSMAN STRATEGIC GROWTH FUND | | | | | Part Buy | 10/03 | L | | |
| 71. - HUSSMAN STRATEGIC GROWTH FUND | | | | | Part Buy | 10/30 | L | | |
| 72. - VALERO ENERGY (Common Stock) | | | | | Buy | 11/02 | M | | |
| 73. - FRIEDMAN BILLINGS RAMSEY GR (Common Stock) | | | | | Buy | 11/13 | K | | |
| 74. - COMPANIA DE TELECOMMUNICACIONS (Common Stock) | | | | | Buy | 12/08 | K | | |
| 75. - VANGUARD ADMIRAL TREAS. MM FUND | | | | | | | | | |
| 76. VANGUARD IRA #2 | E | Dividend | P1 | T | | | | | |
| 77. - RYDEX SERIES INVERSE GOVT BD FUND | | | | | Sold | 07/21 | L | C | |
| 78. - VANGUARD PRIME MONEY MARKET | | | | | | | | | |
| 79. - FIDELITY INV. TRUST JAPAN SMALL CO. FUND | | | | | | | | | |
| 80. - JAPAN FUND | | | | | | | | | |
| 81. - EASTMAN CHEMICAL CO. (Common Stock) | | | | | Sold | 10/27 | L | D | |
| 82. - SCHNEIDER FUNDS | | | | | | | | | |
| 83. - ROYCE SPEC EQUITY FUND | | | | | Buy | 08/08 | L | | |
| 84. - DODGE & COX INT FUND | | | | | Buy | 05/05 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dyk, Timothy B | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. - WORTHINGTON INDUSTRIES (Common Stock) | | | | | Buy | 12/11 | L | | |
| 86. - U.S. TREAS. NOTES 08/31/07 | | | | | | | | | |
| 87. - U.S. TREAS. NOTES 11/30/07 | | | | | | | | | |
| 88. - U.S. TREAS. BILL 12/21/06 | | | | | Buy | 09/21 | O | | |
| 89. - U.S. TREAS.BILL 12/21/06 | | | | | Redeem | 12/21 | O | D | |
| 90. - U.S. TREAS. BILL 06/21/07 | | | | | Buy | 12/18 | M | | |
| 91. UMB IRA #1 | A | Dividend | J | T | Transfer | 10/16 | P1 | | Vanguard IRA #2 |
| 92. - RYDEX SERIES INVERSE GOVT BD FUND | | | | | Sold | 07/21 | M | D | |
| 93. - CHEVRON (Common Stock) | | | | | Buy | 02/03 | L | | |
| 94. - CHEVRON (Common Stock) | | | | | Sold | 08/17 | L | D | |
| 95. - DOMINION RESOURCES INC (Common Stock) | | | | | Buy | 04/27 | L | | |
| 96. - DOMINION RESOURCES INC (Common Stock) | | | | | Sold | 08/17 | L | C | |
| 97. - MANAGED HIGH INCOME PRT | | | | | Buy | 05/27 | M | | |
| 98. - MANAGED HIGH INCOME PRT | | | | | Sold | 09/15 | M | B | |
| 99. - UMB CD 09/15/11 | | | | | Part Sold | 02/01 | K | A | |
| 100. - UMB CD 09/15/11 | | | | | Part Sold | 04/27 | L | A | |
| 101. - UMB CD 09/15/11 | | | | | Part Sold | 05/30 | M | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dyk, Timothy B | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. - UMB CD 09/05/11 | | | | | Sold | 09/14 | J | A | |
| 103. UMB IRA #2 | A | Dividend | | | Transfer | 01/09 | J | | Vanguard IRA #1 |
| 104. - ALLEGIANCE TELECOM INC. (Common Stock) | | | | | Cancelled | 01/05 | | | Deemed worthless |
| 105. JANEY MONTGOMERY SCOTT IRA | A | Dividend | N | T | | | | | |
| 106. - SPEC SIT TECH FUND | | | | | Part Sold | 08/30 | M | G | |
| 107. - SPEC SIT TECH FUND | | | | | Sold | 12/31 | M | G | |
| 108. - U.S. TREAS. BILL 03/15/07 | | | | | Buy | 09/14 | M | | |
| 109. TD WATERHOUSE IRA #1 | A | Dividend | N | T | | | | | |
| 110. - SPEC SIT EQUITY FUND | | | | | | | | | |
| 111. TD WATERHOUSE IRA #2 | A | Dividend | N | T | | | | | |
| 112. - SPEC SIT LIFE SCIENCES FUND | | | | | | | | | |
| 113. CHARLES SCHWAB IRA | D | Dividend | N | T | | | | | |
| 114. - DODGE & COX INT STOCK FUND | | | | | Sold | 06/08 | K | C | |
| 115. - FIRST EAGLE OVERSEAS FUND | | | | | Buy | 01/06 | K | | |
| 116. - HUSSMAN STRATEGIC GROWTH FUND | | | | | | | | | |
| 117. - MATTHEWS ASIAN GROWTH & INCOME FUND | | | | | Part Buy | 01/05 | K | | |
| 118. - MATTHEWS ASIAN GROWTH & | | | | | Part Sold | 05/23 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dyk, Timothy B | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| INCOME FUND | | | | | | | | | |
| 119. - TROWE PRICE CAPITAL APP. FUND | | | | | | | | | |
| 120. - I SHARES MSCI JAPAN | | | | | Buy | 01/06 | K | | |
| 121. - I SHARES MSCI JAPAN | | | | | Sold | 01/18 | K | | |
| 122. - RYDEX HEALTH CARE FUND | | | | | Buy | 01/05 | K | | |
| 123. - RYDEX HEALTH CARE FUND | | | | | Sold | 04/11 | K | | |
| 124. - DIAMOND HILL LONG SHORT | | | | | Buy | 01/05 | K | | |
| 125. - DIAMOND HILL LONG SHORT | | | | | Part Sold | 09/25 | K | B | |
| 126. - MID CAP SPDR TRUST | | | | | Buy | 06/16 | L | | |
| 127. - MID CAP SPDR TRUST | | | | | Sold | 07/13 | L | | |
| 128. - PROFUNDS ULTRASECTOR HEALTH CARE | | | | | Buy | 06/07 | K | | |
| 129. - PROFUNDS ULTRASECTOR HEALTH CARE | | | | | Sold | 11/09 | K | B | |
| 130. - PROFUNDS ULTRASECTOR PHARMACEUTICALS INV | | | | | Buy | 07/21 | K | | |
| 131. - PROFUNDS ULTRASECTOR PHARMACEUTICALS INV | | | | | Sold | 11/09 | K | B | |
| 132. RYDEX BIOTECH FUND | | | | | Buy | 07/26 | K | | |
| 133. RYDEX BIOTECH FUND | | | | | Sold | 12/13 | K | B | |
| 134. - RYDEX ELECTRONICS FUND | | | | | Buy | 11/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dyk, Timothy B | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 135. - RYDEX ENERGY SERVICES FUND | | | | | Part Buy | 10/17 | K | | |
| 136. - RYDEX ENERGY SERVICES FUND | | | | | Part Buy | 11/07 | J | | |
| 137. - RYDEX ENERGY SERVICES FUND | | | | | Part Sold | 12/21 | K | B | |
| 138. - RYDEX INVERSE MID CAP FUND | | | | | Buy | 08/09 | K | | |
| 139. - RYDEX INVERSE MID CAP FUND | | | | | Sold | 10/13 | K | | |
| 140. - SCHWAB GOVT MONEY FUND | | | | | | | | | |
| 141. MASS MUTUAL LIFE INS | A | Dividend | K | W | | | | | |
| 142. ING LIFE INS | C | Dividend | M | T | | | | | |
| 143. PNC BK WASH DC | A | Interest | K | T | | | | | |
| 144. - U.S. SAVINGS BONDS | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dyk, Timothy B | 05/14/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1) Gain on sales of government bills and zero coupon obligations is difference between purchase price and sales price; income is not separately reported.

2) Total income for IRA accounts is total income as reported by custodian of account.

3) The 2005 report inadvertently omitted a line "Vanguard IRA #2" before the item numbered 93 in that report. The values for that account were: A; Dividend; L; T.

4) Almost all of the assets in UMB IRA#1 were transferred to Vanguard IRA #2 on 10/16 and those that were held at year end are included in the Vanguard IRA #2 for this report.

| Name of Person Reporting | Date of Report |
|---|---|
| Dyk, Timothy B | 05/14/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████████████                Date___May 14. 2007___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544